IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUITRANS, L.P., | No. 2:14-cv-01066-MBC |
| Plaintiff, | CIVIL ACTION |
| v. | |
| 4 ACRES OF LAND, MORE OR LESS, IN WASHINGTON TOWNSHIP, GREENE COUNTY, COMMONWEALTH OF PENNSYLVANIA; and | |
| SABRINA E. ELLIS, | |
| Defendants. | |

## ORDER

AND NOW, upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, with each party to bear its own costs and fees.

DATE: June 7, 2016

Hon. Maurice B. Cohill, Jr.